UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN, | No. 2:21-cv-0149-EFB P |
| Plaintiff, | |
| v. | ORDER |
| C. KISHBAUGH, et al., | |
| Defendants. | |

Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983. He requests a sixty-day extension of time to file an amended complaint in accordance with the court's June 25, 2021 order.

Plaintiff's request (ECF No. 14) is granted and he has 60 days from the date this order is served to file an amended complaint. The complaint need not be overly detailed. It must include a short and plain statement of the facts giving rise to plaintiff's claims. It must also clearly identify each defendant, state what each defendant did to violate his rights, and include a request for relief. It should not contain legal citations and does not need to include any other documents, exhibits or other forms of evidence. To assist plaintiff, the Clerk of the Court shall send to him a form complaint for use by prisoners in § 1983 actions.

So ordered.

Dated: July 14, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE